UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

BOBBY SHANE CHARLTON

                        Plaintiff,

       v.                                Case No. :   2: 16-cv-00901-MC

                                          JURY NOTES

F. YPEZ, . FITZGERALD, M. WARE, J. DAVIS, S. BRUNIGH, B. DUNCAN, M. WILLINGHAM, S. REIDMAN, C. KROPORNICKI, LT. PETERS, R.N. PERSINGER, C. OLSEN, A. GONZALEZ, SGT. ARGUELLO, SGT. GALLINO, CAPT. WALKER, JERI TAYLOR, all in their official and individual capacities,

                        Defendants.

I'm Confused -

The Photo of the Plaintiff in the Restraint Chair shows → while in DSU
a Date of 12/24 -

Exhibit 201 shows He entered DS99 @ 21:57 on 12/23

2/4/20

How long is suicide watch?
What time is shower for inmate?
Charlton

We have a verdict
2-5-20