IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BOBBY SHANE CHARLTON,

    Plaintiff,

v.

BRANDON DUNCAN, MICHAEL WILLINGHAM, STEVE RIEDMAN, CHESTER KROPRNICKI, RAYMOND PETERS, CHARLOTTE PERSINGER, COLBY OLSEN, and JOEY ARGUELLO,

    Defendants.

No. 6:16-cv-00901-MC

VERDICT

MCSHANE, Judge:

We, the jury, being first duly empanelled and sworn in the above-entitled cause, do unanimously find as follows:

1. Has Plaintiff proven by a preponderance of the evidence that any defendant was deliberately indifferent to his serious medical needs?

    Yes  _____

    No   ✓

If your answer to question 1 is "Yes," your verdict is for Plaintiff and you must proceed to questions 2 and 3. If your answer to question 1 is "No," your verdict is for Defendants and you may not answer further questions. Your presiding juror should sign and date this verdict.

1 – Verdict

2. If you answered "Yes" to question 1, check each Defendant who was deliberately indifferent to Plaintiff's serious medical needs and then proceed to question 3.

_____ Brandon Duncan, Correctional Officer

_____ Michael Willingham, Correctional Officer

_____ Steve Riedmann, Correctional Officer

_____ Chester Kropornicki, Correctional Officer

_____ Raymond Peters, Correctional Lieutenant

_____ Charlotte Persinger, Registered Nurse

_____ Colby Olsen, Correctional Officer

_____ Joe Arguello, Correctional Sergeant

3. What amount will fairly compensate Plaintiff for any injury he sustained as a result of defendant(s) deliberate indifference?

$_____

Please have your foreperson sign and date this Verdict.

DATED this __5th__ day of February, 2020.

_____
Foreperson

2 – Verdict