IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BOBBY SHANE CHARLTON,

        Plaintiff,

        v.

F. YEPEZ, et al.,

        Defendants.

Case No. 2:16-cv-00901-MC

JUDGMENT

MCSHANE, Judge:

    Based on the record, judgment for defendants.

    IT IS SO ORDERED.

    DATED this 6th day of February, 2020.

        ___/s/Michael McShane_____
        Michael McShane
        United States District Judge

1 – JUDGMENT