# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **US DISTRICT COURT OREGON**

U.S. District Court case number: **2:16 cv 00126-MC**

Date case was first filed in U.S. District Court: **05-23-2016**

Date of judgment or order you are appealing: **02-06-2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ☒ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

**BOBBY SHANE CHARLTON**

Is this a cross-appeal?  ○ Yes   ☒ No

If Yes, what is the first appeal case number? **N/A**

Was there a previous appeal in this case?   ○ Yes   ☒ No

If Yes, what is the prior appeal case number? **N/A**

Your mailing address:

**JACKSON COUNTY JAIL, SO00 79653**
**787 WEST 8th ST**

City: **MEDFORD**   State: **OR**   Zip Code: **97501**

Prisoner Inmate or A Number (if applicable): **000 79653**

Signature: *Bobby Charlton*   Date: **03-03-2020**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                               Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> BOBBY SHANE CHARLTON

Name(s) of counsel (if any):

> WM GHIORSO - IF MR GHIORSO IS agreeing to represent me on appeal

Address: 494 STATE ST STE 300 SALEM OR 97301

Telephone number(s): 503·362·8966

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> YEPEZ, et all - see attached

Name(s) of counsel (if any):

> ANDREW HALLMAN, see attached

Address: 1262 COURT ST NE, SALEM OR 97301

Telephone number(s): 503-747-4700

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                    1                         New 12/01/2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BOBBY SHANE CHARLTON,

    Plaintiff,

v.

F. YEPEZ, et al.,

    Defendants.

Case No. 2:16-cv-00901-MC

JUDGMENT

MCSHANE, Judge:

Based on the record, judgment for defendants.

IT IS SO ORDERED.

DATED this 6th day of February, 2020.

        /s/Michael McShane
        Michael McShane
        United States District Judge

1 – JUDGMENT